372 A.2d 848

Commonwealth v. Rainey, Appellant.

Argued March 23, 1977. Robert Sanders, with him Robert B. Mozenter, for appellant; Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed as to the arrest of judgment on the charge of criminal conspiracy. Judgment of sentence affirmed as to all other charges.